UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                Chapter 13
                                                 16-43021-PJS
Warren J Williams                                Judge Shefferly
Debtor(s)
_____/

**MOTION FOR RELIEF FROM AUTOMATIC STAY & TO WAIVE THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO SPECIALIZED LOAN SERVICING LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7**

Now comes SPECIALIZED LOAN SERVICING LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7, Movant, through its authorized attorney, and respectfully represents to the Court as follows:

1. That Movant is the holder of a mortgage on the property known as 11000 Warner RD, Concord, MI 49237;

2. That the Debtor filed the instant case on March 2, 2016;

3. That pursuant to 11 U.S.C. Section 362(d)(1), upon the request of a party in interest, the court shall grant relief from stay for cause, including lack of adequate protection of such party in interest;

4. That the Debtor has failed to maintain payments pursuant to the terms of the confirmed Chapter 13 Plan; that Debtor is due for the July 1, 2017, mortgage installment to be paid directly to Movant, and all subsequent mortgage installments;

5. That as a result of the default in payments a material default has occurred, which is prejudicial to Movant's rights;

6. That the total indebtedness to Movant, including accrued interest, escrow and attorneys fees is $179,067.32;

7. That the fair market value of the property is estimated to be $140,000.00, as indicated by the Debtor's Schedule D; that CitiMortgage, Inc., holds a lien in the amount of $39,600.00 on the subject property; that upon review of this matter, to the best of the Movant's knowledge and belief, there are no other lien holders with respect to the subject property;

8. Pursuant to the Default indicated in Paragraph 3, Movant is entitled to the relief sought pursuant to Sections 361 and 362 11U.S.C. – Bankruptcy;

9. SCHNEIDERMAN & SHERMAN, P.C., contacted Debtor's counsel via e-mail to attempt to obtain concurrence to this Motion for Relief From Automatic Stay on September 20, 2017. Concurrence was not given.

Wherefore, Movant requests that it be granted immediate relief from the Automatic Stay as regards the aforementioned property; that Movant be permitted to enforce its contractual rights pursuant to state law; that F.R.B.P.4001(a)(3), which provides that the Automatic Stay shall remain in effect for a period of fourteen days from date of an Order Granting a Motion for Relief from Stay, be waived.

SCHNEIDERMAN & SHERMAN, P.C.

Date: 10/13/17

By:   /s/ Michael P. Hogan
Michael P. Hogan P63074
mhogan@sspclegal.com
Attorney for
Specialized Loan Servicing LLC as servicer for
The Bank of New York Mellon, f/k/a The Bank
of New York, Successor in Interest to
JPMorgan Chase Bank, N.A. as Trustee for
Structured Asset Mortgage Investments II INC.,
Bear Stearns ALT-A Trust, Mortgage Pass-
Through Certificates, Series 2005-7
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335
248-539-7400

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                                        Chapter 13
                                                                                16-43021-PJS
Warren J Williams                                         Judge Shefferly
Debtor(s)
_____/

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO SPECIALIZED LOAN SERVICING LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7**

        This matter having come before this Court on the Motion of SPECIALIZED LOAN SERVICING LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7 ("Creditor"), by and through its attorneys, Schneiderman & Sherman, P.C., for relief from the Automatic Stay; all parties to said Motion having been served with a copy of Creditor's Motion and proposed Order:

        IT IS HEREBY ORDERED that the Automatic Stay is terminated to allow Creditor, its successors or assigns to foreclose on the property known as 11000 Warner RD, Concord, MI 49237, for the reasons set forth in Creditor's Motion; that Creditor is permitted to dispose of the property in accordance with the terms of its note and security agreement and in accordance with federal and state law; that F.R.B.P.4001(a)(3) is waived, that this Order shall be served on the Chapter 13 Trustee and all others with an interest in the subject property. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code;

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:  Chapter 13
 16-43021-PJS
Warren J Williams  Judge Shefferly

STATE OF MICHIGAN
COUNTY OF OAKLAND

**PROOF OF SERVICE**

      I hereby certify that on the 13th day of October, 2017, I electronically filed the foregoing Motion for Relief from Stay, Notice of Motion, and Proposed Order with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Krispen S. Carroll      Michelle Marrs
719 Griswold      6553 Jackson Rd.
1100 Dime Building      Ann Arbor, MI 48103
Detroit, MI 48226

And I hereby certify that I have mailed by United States Postal Service the Motion for Relief from Stay, Notice of Motion, and Proposed Order to the following non-ECF participants:

JACKSON COUNTY TREASURER      Warren J Williams and
120 W. Michigan Ave.      Kim McNew
Jackson, MI 49201      11000 Warner RD
    Concord, MI 49237

Paul Randel
United States Trustee
211 West Fort Street Suite 700
Detroit, MI 48226

Execution on: 10/13/17

                                                            By:   /s/ Michael P. Hogan
                                                            Michael P. Hogan P63074
                                                            mhogan@sspclegal.com
                                                            Attorney for
                                                            Specialized Loan Servicing LLC as servicer for The
                                                            Bank of New York Mellon, f/k/a The Bank of New
                                                            York, Successor in Interest to JPMorgan Chase
                                                            Bank, N.A. as Trustee for Structured Asset
                                                            Mortgage Investments II INC., Bear Stearns ALT-A
                                                            Trust, Mortgage Pass-Through Certificates, Series
                                                            2005-7
                                                            23938 Research Drive, Suite 300
                                                           Farmington Hills, Michigan 48335
                                                           248-539-7400