UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                   Chapter 13
                                                    16-43021-PJS
Warren J Williams                                   Judge Shefferly
Debtor(s)
_____/

## SUPPLEMENTAL EXHIBIT

Attached is a supplemental exhibit for the Motion for Relief from Stay and Waiving the FRBP 4001 (a)(3) Re: 11000 Warner Road, Concord, MI 49237 , that was filed on October 13, 2017, docket # 88, regarding the above referenced case.

SCHNEIDERMAN & SHERMAN, P.C.

By:  /s/ Panayiotis Marselis
Panayiotis Marselis (P66572)
pmarselis@sspclegal.com
Attorney for
Specialized Loan Servicing LLC as servicer for
The Bank of New York Mellon, f/k/a The Bank
of New York, Successor in Interest to
JPMorgan Chase Bank, N.A. as Trustee for
Structured Asset Mortgage Investments II INC.,
Bear Stearns ALT -A Trust, Mortgage Pass-
Through Certificates, Series 2005-7
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335
248-539-7400