UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

| | |
|---|---|
| Warren J Williams | Bankruptcy No. 16-43021-pjs |
| Debtor | Honorable Phillip J Shefferly |
| _____/ | Chapter 13 |

## STIPULATION ADJOURN HEARING ON MOTION FOR RELIEF

Debtor's Counsel and Counsel for Specialized Loan Servicing LLC hereby stipulate to the entry of the order attached hereto.

Stipulated and approved for entry:                Stipulated and approved for entry:

/s/ Michael P Hogan                               /s/ Michelle Marrs
**Michael P Hogan (P63074)**                     **Michelle Marrs (P59651)**
**Schneiderman & Sherman PC**                    **MARRS & TERRY, PLLC**
23938 Research Drive, Suite 300                  6553 Jackson Road
Farmington Hills MI  48335                       Ann Arbor MI  48103
248-5397400                                      734-663-0555
                                                 MMarrs@marrsterry.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**IN RE:**

| | |
|---|---|
| Warren J Williams | Bankruptcy No. 16-43021-pjs |
|      Debtor | Honorable Phillip J Shefferly |
| _____/ | Chapter 13 |

**ORDER ADJOURN HEARING ON MOTION FOR RELIEF**

Upon stipulation of the parties, and the Court being otherwise fully advised in the premises;

     IT IS HEREBY ORDERED that the Motion for Relief of Specialized Loan Servicing LLC is adjourned from October 31, 2017 to November 28, 2017 at 10:00 a.m.
.