UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:            Chapter 13
                               16-43021-pjs

Warren J Williams          Judge Shefferly

Debtor(s)

_____/

**STIPULATION RESOLVING SPECIALIZED LOAN SERVICING LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS AL T -A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7S' MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVING F.R.B.P. 4001(A)(3)**

     Warren J Williams ("Debtor"), by and through counsel, Michelle Marrs, and Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon, f/k/a The Bank of New York, Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II INC., Bear Stearns AL T -A Trust, Mortgage Pass-Through Certificates, Series 2005-7 ("Creditor"), by and through its counsel, SCHNEIDERMAN & SHERMAN, P.C., hereby stipulate to the following:

     IT IS HEREBY STIPULATED that the Debtor is to file an Amended Chapter 13 Plan within seven days of this order being entered by the Court or the Automatic Stay shall be granted as to Creditor regarding the Property located at 11000 Warner Road, Concord, MI 49237, without further notice, motion or hearing being required.

     IT IS FUTHER STIPULATED that should the Debtor default in any future payments to the Trustee, Creditor may file with the Court and serve upon the Debtor, Debtor's counsel, and the Chapter 13 Trustee, a Notice of Default; that in the event that the Default is not then cured 100 percent on the Trustee's records within 30 days from the

date of service of said Notice, Creditor may submit an Order Granting Relief from the Automatic Stay to the Court, and Relief from the Automatic Stay shall be granted as to Creditor regarding the Property located at 11000 Warner Road, Concord, MI 49237, without further notice, motion or hearing being required.

IT IS FURTHER STIPULATED that Creditor is to file a Supplemental Proof of Claim for its attorney fees and costs associated with the filing of the Motion for Relief from Stay, to be paid by the debtor

Approved for entry:

/S/ Panayiotis D. Marselis
Panayiotis D. Marselis (P66572)
pmarselis@sspclegal.com
Attorney for Creditor
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335
248-539-7400

/S/ Michelle Marrs_____
Michelle Marrs
Mandtecf@gmail.com
Attorney for Debtor
6553 Jackson Road
Ann Arbor, MI 48103
734-663-0555

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                         Chapter 13
                                             16-43021-pjs

Warren J Williams                    Judge Shefferly

Debtor(s)

_____/

**ORDER PURSUANT TO STIPULATION RESOLVING SPECIALIZED LOAN SERVICING LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS AL T -A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7S' MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVING F.R.B.P. 4001(A)(3)**

       Warren J Williams ("Debtor"), by and through counsel, Michelle Marrs, and Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon, f/k/a The Bank of New York, Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II INC., Bear Stearns AL T -A Trust, Mortgage Pass-Through Certificates, Series 2005-7 ("Creditor"), by and through its counsel, SCHNEIDERMAN & SHERMAN, P.C., hereby stipulate to the following:

       IT IS HEREBY STIPULATED that the Debtor is to file an Amended Chapter 13 Plan within seven days of this order being entered by the Court or the Automatic Stay shall be granted as to Creditor regarding the Property located at 11000 Warner Road, Concord, MI 49237, without further notice, motion or hearing being required.

       IT IS FUTHER STIPULATED that should the Debtor default in any future payments to the Trustee, Creditor may file with the Court and serve upon the Debtor, Debtor's counsel, and the Chapter 13 Trustee, a Notice of Default; that in the event that the Default is not then cured 100 percent on the Trustee's records within 30 days from the

date of service of said Notice, Creditor may submit an Order Granting Relief from the Automatic Stay to the Court, and Relief from the Automatic Stay shall be granted as to Creditor regarding the Property located at 11000 Warner Road, Concord, MI 49237, without further notice, motion or hearing being required.

      IT IS FURTHER STIPULATED that Creditor is to file a Supplemental Proof of Claim for its attorney fees and costs associated with the filing of the Motion for Relief from Stay, to be paid by the debtor