# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No.: | 16-43021-PJS | | Trustee Name: | | Douglas S. Ellmann |
| Case Name: | WILLIAMS, WARREN J | | Date Filed (f) or Converted (c): | | 09/16/2018 (c) |
| For the Period Ending: | 11/9/2018 | | §341(a) Meeting Date: | | 10/10/2018 |
| | | | Claims Bar Date: | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  1100 Warner Road Concord, MI - 49237-0000 Jackson County | $140,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 2  Make: Chrysler Model: LeBaron Year: 1979 Other Information: his brother drives this automobile and pays all expenses for it | $1,000.00 | $0.00 | | $0.00 | FA |
| 3  Make: Harley Davidson Model: Road King Year: 2007 Other Information: his brother drives this vehicle and pays all expenses for it | $7,000.00 | $0.00 | | $0.00 | FA |
| 4  Make: GMC Model: Sierra Year: 1999 Other Information: | $2,000.00 | $0.00 | | $0.00 | FA |
| 5  Make: Harley Davidson Model: Road Glide Year: 2013 | $28,900.00 | $0.00 | | $0.00 | FA |
| 6  Make: Kubota Model: tractor Year: 2006 | $5,000.00 | $0.00 | | $0.00 | FA |
| 7  furniture, appliances, misc household goods and tools | $2,000.00 | $0.00 | | $0.00 | FA |
| 8  laptop computer, TV | $500.00 | $0.00 | | $0.00 | FA |
| 9  shotgun, rifle, 3 pistols | $1,300.00 | $0.00 | | $0.00 | FA |
| 10  misc clothing | $400.00 | $0.00 | | $0.00 | FA |
| 11  6 watches | $300.00 | $0.00 | | $0.00 | FA |
| 12  savings Lake Trust Credit Union | $5.00 | $0.00 | | $0.00 | FA |
| 13  savings and Michigan Community Credit Union - will be 17.2. checking frozen | $0.00 | $0.00 | | $0.00 | FA |
| 14  savings CP Federal Credit Union | $40.00 | $0.00 | | $0.00 | FA |
| 15  savings Aeroquip Credit Union | $26.00 | $0.00 | | $0.00 | FA |
| 16  checking and 17.5. savings Consumers Professional Credit Union | $200.00 | $0.00 | | $0.00 | FA |
| 17  Pension Central States Pension Fund | Unknown | $0.00 | | $0.00 | FA |
| 18  Company name: Bankers Life and Casualty Company ; Beneficiary: term life insurance | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$188,671.00     $5,000.00     $0.00     $5,000.00

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| **Case No.:** | 16-43021-PJS | | **Trustee Name:** | Douglas S. Ellmann |
|---|---|---|---|---|
| **Case Name:** | WILLIAMS, WARREN J | | **Date Filed (f) or Converted (c):** | 09/16/2018 (c) |
| **For the Period Ending:** | 11/9/2018 | | **§341(a) Meeting Date:** | 10/10/2018 |
| | | | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

11/09/2018   Trustee has engaged BK Global to sell

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/02/2019 |
| **Current Projected Date Of Final Report (TFR):** | 03/02/2019 |

/s/ DOUGLAS S. ELLMANN

DOUGLAS S. ELLMANN