UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 16-43021-pjs |
| **Warren J. Williams,** | Chapter 7 |
| Debtor. | Hon. Phillip J. Shefferly |

**STIPULATION FOR ENTRY OF ORDER
EXTENDING TIME TO FILE MOTIONS TO DISMISS
UNDER 11 U.S.C. §707 AND TO FILE OBJECTIONS TO DISCHARGE
UNDER 11 U.S.C. §727**

This is the stipulation of the United States Trustee and the Debtors, through their undersigned counsel, for the entry of an Order extending time for the United States Trustee to file motions to dismiss under 11 U.S.C. §707 and objections to discharge under 11 U.S.C. §727 to December 17, 2018. The United States Trustee has asked for documentation on the Debtors' actual expenses along with other information pertinent to the United States Trustee's assessment of this case. A copy of the proposed Order is attached.

| | |
|---|---|
| **DANIEL M. McDERMOTT**<br>**UNITED STATES TRUSTEE**<br>Region 9<br><br>By   /s/ Leslie K. Berg<br>Trial Attorney<br>U.S. Dept. of Justice<br>Office of the U.S. Trustee<br>211 West Fort St - Suite 700<br>Detroit, Michigan 48226<br>(313) 226-7950<br>Leslie.K.Berg@usdoj.gov | **MARRS & TERRY, PLLC**<br><br>By: /s/ Michelle Marrs [59651]<br>Attorney for Debtors<br>6553 Jackson Rd.<br>Ann Arbor, MI 48103<br>(734) 663-0555<br>mandtecf@gmail.com |

Dated: November 13, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                Case No. 16-43021-pjs

**Warren J. Williams,**                      Chapter 7

         Debtors.                                  Hon. Phillip J. Shefferly
_____/

**ORDER EXTENDING TIME FOR U.S. TRUSTEE
TO FILE AN OBJECTION TO DISCHARGE**

**THIS MATTER** came before the Court on the stipulation of the United States Trustee and the Debtors, by and through counsel, for an extension of time for the United States Trustee to file a complaint objecting to discharge or a motion to dismiss. The Debtors are gathering information which the United States has requested regarding expenses. This information may affect any grounds that warrant the filing of a motion to dismiss under §707 or an objection to discharge under § 727 of the Bankruptcy Code. For these reasons,

**IT IS ORDERED** that the deadline for the United States Trustee to file a motion to dismiss or a complaint objecting to discharge is extended through and including December 17, 2018.