# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

In Re:                                    Case No. 16-43021

Warren J Williams
                                          Chapter 7


Debtor(s).                                Judge Phillip J. Shefferly

---

### STATEMENT OF CREDITOR REGARDING CORPORATE OWNERSHIP

---

☐       The following entities directly or indirectly own 10% or more of any class of the Creditor's equity interest

          Name:
          Address:     _____

          Name:
          Address:     _____

          Name:
          Address:     _____

          (for additional names, attach an addendum to this form)

☒       There are no entities that directly or indirectly own 10% or more of any class of the Creditor's equity interest

I declare under penalty of perjury that the foregoing is true and correct.


                              Respectfully Submitted,


                              /s/ Molly Slutsky Simons
                              _____
                              Molly Slutsky Simons (OH 0083702)
                              Sottile & Barile, Attorneys at Law
                              P.O. Box 476
                              Loveland, OH 45140
                              Phone: 513.444.4100
                              Email: bankruptcy@sottileandbarile.com
                              Attorney for Movant