UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In Re:                                                    Case No. 16-43021

Warren J Williams                        Chapter 7

Debtor(s).                                    Judge Phillip J. Shefferly

**ORDER GRANTING AMENDED MOTION FOR ABANDONMENT AS TO PROPERTY KNOWN AS 11000 Warner Rd, Concord, MI 49237**

The Court finding that an Amended Motion for Abandonment has been filed by Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-7 ("Movant"), in the above entitled matter; and the Court finding that L.B.R. 9013(c)(2) provides for entry of an Order if a response has not been filed within 14 days after service of the Amended Motion on the parties; and

The Court finding that no response has been within 14 days, and the Court having noted that Movant has complied with applicable provisions of L.B.R. 9013 (c) and L.B.R. 4001.1, and

The Court having determined that failing to Order abandonment against the Chapter 7 Trustee would deny the adequate protection afforded to it on its security interest pursuant to 11 U.S.C. §554;

**IT IS HEREBY ORDERED** That the Amended Motion for Abandonment filed by Movant be, and hereby is, granted; it is further,

**IT IS FURTHER ORDERED** That the property located at 11000 Warner Rd, Concord, MI 49237 is abandoned from the bankruptcy estate.

**IT IS FURTHER ORDERED** that this Order shall remain valid notwithstanding conversion of this case to any other chapter under the Bankruptcy Code.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over all matters relating to enforcement of this order.

**Signed on February 27, 2019**



/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge